**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**_______________ DIVISION**

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Jul 30, 2019
OFFICE OF THE CLERK

Tony Wayne Pritchett
**(Enter above the full name of the Plaintiff in this action.)**

**Prisoner ID No.** _______________
**(Do Not Put Your Social Security Number)**

**V.** **CASE NO.** 19-4084

D. Griffie, B. Smith, D. Rogers, Nurse Chelsey, Nurse King, Nurse Catherine
**(Enter above the full name of the Defendant, or Defendants, in this action.)**

**I. Previous Lawsuits**

**A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?**

**Yes** ______ **No** ✓

**B. If your answer to A is yes, describe each lawsuit in the space below including the exact Plaintiff name or alias used. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)**

**1. Parties to this lawsuit**

**Plaintiffs:** _______________

**Defendants:** _______________

_______________

**2. Court (if federal court, name the district; if state, name the county):**

_______________

**3. Docket number:** _______________

**4. Name of judge to whom case was assigned:** _______________

**5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)** _______________

**6. Approximate date of filing lawsuit:** _______________

**7. Approximate date of disposition:** _______________

**(Revised12/2016)**

**II.** **Place of Present Confinement:** Miller County Detention Center

**III.** **There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. <u>Failure to complete the grievance procedure may affect your case in federal court.</u>**

**A.** **Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?**

**Yes** ✓ **No** ______

**B.** **If your answer is YES, Attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. <u>FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.</u> If copies are not available, list the number assigned to the grievance(s) and the approximate date it was presented.**

**C.** **If your answer is NO, explain why not:** ______

**IV.** **Parties**

**(In item A below, place your name in the first blank and place your present address in the second blank.)**

**A.** **Your Full Name:** Tony Wayne Pritchett

**Address:** 2300 East Street
Texarkana, AR 71854

**(In Item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)**

**Do Not List Witnesses.**

**You may not name the jail as a Defendant. The jail is a building and cannot be sued.**

**B. Read carefully and fill out all information sought.**

**<u>1. Defendant #1.</u>**

**Full Name:** B. Griffie

**Position:** Sgt.

**Place of Employment:** Miller County Detention Center

**Address:** 2300 East Street
Texarkana, AR 71854

IV. Parties

B. Continued...

5. Defendant #5

Full name: Chelsey
Position: Nurse
Place of Employment: Miller County Detention Center
Address: 2300 East Street
Texarkana, AR 71854

6. Defendant # 6

Full name: Catherine
Position: Nurse
Place of Employment: Miller County Detention Center
Address: 2300 East Street
Texarkana, AR 71854

**2. Defendant #2.**

**Full Name:** B. Smith

**Position:** CPL

**Place of Employment:** Miller County Detention Center

**Address:** 2300 East Street
Texarkana, AR 71854

**3. Defendant #3.**

**Full Name:** D. Rogers

**Position:** Sgt.

**Place of Employment:** Miller County Detention Center

**Address:** ______

**4. Defendant #4.**

**Full Name:** ~~[illegible]~~ T.P. S. King

**Position:** Nurse Medical Team Administrator

**Place of Employment:** Miller County Detention Center

**Address:** 2300 East Street
Texarkana, AR. 71854

**If you need more space for additional Defendants, list the additional Defendants on another piece of paper, using the same outline.**

**V. At the time of the alleged incident(s), were you:**
**(check the appropriate blank)**

____ **in jail and still awaiting trial on pending criminal charges**
____ **serving a sentence as a result of a judgment of conviction**
__✓__ **in jail for other reasons (*e.g.,* alleged probation violation, etc.)**

**Explain:** Alleged probation violation, went to Dallas, TX to receive HIV medical care and mental health treatment

**Please provide the date of your conviction or probation or parole revocation:**

______

## VI. Statement of Claim

State every ground on which you claim that one or more of the Defendants violated your federal constitutional rights. For example, if you have an excessive force claim and a denial of medical care claim, you must fill out a separate section for each different claim. This section should be limited to the facts of your claim.

With respect to each claim, briefly describe the actions taken by each Defendant who you believe was involved in violating your rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. (Use as much space as you need. Attach extra sheets if necessary.)

Claim Number # 1:

Type of Claim (for example, excessive force, denial of medical care, etc.):

Denial of medical care

Date of the Occurrence: 6/30/2019

Name of Each Defendant involved: B. Griffie,

Describe the acts or omissions of the Defendant(s) that form the basis for Claim #1 and any harm caused by it.

I informed Sgt. B. Griffie of my medical emergency via kiosk ref. # 4,608,189. Stating my jaw bone is exposed in my mouth due to a metal bar protruding through my gums and a ~~[illegible]~~ hole is present and my bone can be seen. I described the pain, the bleeding and a numbing sensation, was told to fill out a sick call which I had already done. I was in extreme pain and suffering and didn't receive medical care.

With regard to Claim #1, are you suing Defendant(s) in his or her: (check the appropriate blank)

_______ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

_______ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

___✓___ both official and personal capacity

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

I was denied proper medical treatment due to this medical emergency I reported to B. Griffie and several other staff and medical staff.

**Claim Number # 2:**

**Type of Claim (for example, excessive force, denial of medical care, etc.):**

Denial of medical care

**Date of the Occurrence:** 7/1/19

**Name of Each Defendant involved:** D. Rogers, B. Smith

**Describe the acts or omissions of the Defendant(s) that form the basis for Claim #2 and any harm caused by it.**

On 7/1/19 I informed B. Smith that my bone was exposed in my mouth and needed medical attention. I then wrote D. Rogers the Sgt. on duty of the same problem via kiosk ref. # 4,417,104 stating I had a medical emergency describing the pain, bleeding, and the bone exposed being an open wound. I was told to put in a sick call which I had already done.

**With regard to Claim #2, are you suing Defendant(s) in his or her: (check the appropriate blank)**

_____ **official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).**

✓ **personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).**

_____ **both official and personal capacity**

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

I was denied proper medical treatment, I informed officer Cpl. B. Smith and Sgt. D. Rogers of an medical emergency and was not given any medical attention or treated on a proper medical emergency.

**Claim Number # 3:**

**Type of Claim (for example, excessive force, denial of medical care, etc.):**

Denial of medical care

**Date of the Occurrence:** 7/13/19

**Name of Each Defendant involved:** S. King, Nurse Chelsey, Nurse Catherine

**Describe the acts or omissions of the Defendant(s) that form the basis for Claim #3 and any harm caused by it.**

7/13/19 I wrote a grievance ref. # 4,678,317 stating how I've reporting my medical emergency to several officers verbally, and via kiosk, and in sick calls about bone being exposed in my mouth. Nurse S. King responded saying I am getting naproxen to help with pain, but no attempt to address the medical emergency of the bone being exposed in my mouth.

**With regard to Claim #3, are you suing Defendant(s) in his or her: (check the appropriate blank)**

_____ **official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).**

_____ **personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).**

__✓__ **both official and personal capacity**

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

I was denied proper medical care due to the fact that a dentist stated it was improper for it to go unattended if it gets infected and the infection gets into the bone it could be fatal, addressing it with a pain relievers is not proper care due to an open wound in the mouth with the bone exposed.

**If you need more space for more claims, list the additional claims on another piece of paper, using the same outline.**

**VII. Relief**

**If you are seeking to recover damages from the named Defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:**

✓ **Compensatory damages (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)**

_____ **Punitive damages (designed to punish a defendant for engaging in misconduct and deter a defendant and others from engaging in such misconduct in the future)**

**State briefly below any other relief you are seeking in this action. Make no legal arguments. Cite no cases or statutes.**

And to receive medical attention immediately or released so my HW insurance can pay for any procedure that needs to be done. And for a policy to be in place properly enforced when a medical emergency is present not to be ignored or put off to medical who deny medical attention to an inmate stating the county won't pay for it.

**I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.**

**Executed this** 22 **day of** July **20**19.

Tony Wayne Pritchett
**Printed Name of Plaintiff**

[signature]
**Signature of Plaintiff**