IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TONY WAYNE PRITCHETT     PLAINTIFF

v.     Civil No. 4:19-cv-04084

SERGEANT B. GRIFFIE, Miller County
Detention Center ("MCDC"); CORPORAL
B. SMITH, MCDC; SERGEANT D. ROGERS,
MCDC; NURSE S. KING, MCDC; NURSE
CHELSEY, MCDC; and NURSE CATHERINE, MCDC     DEFENDANTS

## ORDER

    Plaintiff Tony Wayne Pritchett filed this 42 U.S.C. § 1983 action *pro se* on July 30, 2019. (ECF No. 1). Before the Court is Plaintiff's failure to comply with an order of the Court.

    On March 10, 2020, Defendants Griffie, Rogers and Smith filed a Motion for Summary Judgment. (ECF No. 24). That same day the Court entered an order directing Plaintiff to file a response to the motion by March 31, 2020. (ECF No. 27). The order informed Plaintiff that failure to timely and properly comply with the order would subject this case to dismissal. On April 1, 2020, Plaintiff filed a notice with the Court that his address had changed. (ECF No. 29). That same day, the Clerk of the Court sent a copy of the Court's order directing Plaintiff to respond to Defendants' Griffie, Rogers and Smith's motion. *See* notes on Court's Docket under (ECF No. 29). To date, Plaintiff has not complied with the Court's order to file a response and the order has not been returned to the Court as undeliverable.

    On April 22, 2020, the Court entered an order directing Plaintiff to show cause by May 1, 2020, as to why he failed to comply with the Court's order directing him to file a response to Defendants' Motion for Summary Judgment. (ECF No. 31). On May 1, 2020, Plaintiff responded to the show cause order stating he had been moved multiple times to different prison facilities and

has applied for indigent legal supplies. (ECF No. 33). He also states his unit is on lock down, his library access is "non-existent", and he is unable to obtain an envelope large enough to send in his response. Finally, Plaintiff states "my response to summary judgment is prepared and waiting to be sent off and submitted to the court but being indigent I do not have the means at this time." *Id.*

Being indigent does not excuse Plaintiff from following the Court's orders. Accordingly, Plaintiff is given until May 21, 2020, to file his Response to Defendants Griffie, Rogers and Smith's Motion for Summary Judgment. Plaintiff is advised that failure to timely and properly comply with this order will result in dismissal of his claims against Defendants Griffie, Rogers and Smith without prejudice.

**IT IS SO ORDERED this 7th day of May 2020.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE